IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-00858-RPM

VIRGINIA A. LAMBORN

Plaintiff,

v.

WAL-MART STORES, INC., a Delaware corporation

Defendant.

## ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE

This matter is before the Court on Plaintiff's Motion for Dismissal with Prejudice. The Court having reviewed the Motion and being fully otherwise fully apprised in the premises hereby GRANTS Plaintiff's Motion for Dismissal with Prejudice and ORDERS:

All claims brought or which could have been brought in this action by Plaintiff against Defendant shall be dismissed WITH PREJUDICE. Each party shall bear his or its own attorneys fees and costs.

DATED this 2nd day of April, 2013.

BY THE COURT:

_____
United States District Judge